UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              CASE NO.

RAYMOND KAALUND                                     05-02804-5-ATS

    DEBTOR

ORDER FOR BANKRUPTCY PETITION PREPARER TO SHOW CAUSE

Raymond Kaalund filed a pro se petition for relief under chapter 13 of the Bankruptcy Code on July 5, 2005, with the assistance of Bill G. Foster, a bankruptcy petition preparer as defined in 11 U.S.C. § 110.

Mr. Foster certified that he received $125 from the debtor as compensation for his services. In this district, the maximum fee for bankruptcy petition preparers is $80. See In re Moore, 283 B.R. 852 (Bankr. E.D.N.C. 2002); In re Moore, 290 B.R. 287 (Bankr. E.D.N.C. March 20, 2003). The presumptive fee of $80 has been determined to be reasonable compensation for the completion of a petition and all related schedules. Mr. Foster completed only the first two pages of the petition, the mailing matrix, and his disclosure of compensation, and $80 may not be a reasonable fee for the services actually provided in this case.

Based on the foregoing, a hearing will be held on **Tuesday, August 2, 2005, at 9:00 a.m.** at the U.S. Bankruptcy Court, U.S. Courthouse and Post Office Building, 300 Fayetteville Street Mall, Room 208, Raleigh, North Carolina, at which Mr. Foster shall show cause why he should not be required to refund to the debtor the difference between the $125 fee charged and a reasonable fee for the services provided.

**SO ORDERED.**

**DATED: July 5, 2005**

A. Thomas Small
United States Bankruptcy Judge